UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. MJ 13-412 |
| Plaintiff, | (D/UT No. CR11-106) |
| v. | DETENTION ORDER |
| TSUN TANG, | |
| Defendant. | |

<u>Offense charged</u>: Bank Fraud; Aggravated Identity Theft; Structuring

<u>Date of Detention Hearing</u>: August 22, 2013.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

1. Defendant is charged by Indictment in the District of Utah, Case No. CR11-106,

DETENTION ORDER
PAGE -1

with the above-listed offenses. He has been residing in the State of California since approximately the time the Indictment was filed. He was arrested at the United States/Canadian border re-entering this country after a family vacation.

2. Defendant has no ties to this District, although he has some ties to the charging District. The AUSA proffers information relating to outstanding warrants in two states, and further proffers that defendant has significant credit card debt and past-due taxes. The government alleges that defendant is one of the ringleaders in the alleged bank fraud scheme and is alleged to have threatened victims and potential witnesses with serious bodily harm.

3. Defendant has significant family ties outside this country. There is some discrepant information as to the degree of contact he has with his family. Defendant was issued driver's licenses from the State of Washington and the State of Nevada in the past, although his residence history does not indicate any residence in either state.

4. Defendant poses a risk of nonappearance due to non-citizen status, recent travel to Canada, family ties abroad, significant debt, possession of valid passports from different countries, conflict in employment history and contact with family members, and the possession of driver's licenses from state in which he did not reside. He poses a risk of danger due to alleged threats to a victim and the nature of the instant charges.

5. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial and committed to the custody of the Attorney

General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;

3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Pretrial Services Officer.

DATED this 22nd day of August, 2013.

Mary Alice Theiler
Chief United States Magistrate Judge

DETENTION ORDER
PAGE -3